AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| BLAKE A. REED | ) Case No. 1:21-mj-81 |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     BLAKE A. REED                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1752(a)(1),(2) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 USC 5104(e)(2)(D) & (G) Violent Entry and Disorderly Conduct on Capitol Grounds

Date:     01/16/2021

2021.01.16
18:55:43 -05'00'

*Issuing officer's signature*

City and state:  Washington D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/16/2021, and the person was arrested on *(date)* 1/17/2021
at *(city and state)* Nashville, TN.

Date: 1/17/2021

*Arresting officer's signature*

Christopher Potts, FBI SA
*Printed name and title*