## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Mag. No. 21-MJ-00089 |
| ) | U.S.M.J. Meriweather |
| BLAKE AUSTIN REED ) | Prelim. Hearing 2/25/21 |

## NOTICE OF APPEARANCE

Comes now Attorney Luke A. Evans and hereby gives notice that he represents Blake Austin Reed in this matter.

Respectfully submitted,

*s/ Luke A. Evans*
Luke A. Evans, B.P.R. #23620
Bulloch, Fly, Hornsby & Evans PLLC
P.O. Box 398
Murfreesboro, Tennessee 37133-0398
Telephone: (615) 896-4154
Email: lukeevans@bfhelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Notice of Appearance* has been electronically delivered to Jamie Carter, Assistant United States Attorney, 555 4th Street, NW, Washington, D.C. 20530, on this the 26th day of February, 2021.

*s/ Luke A. Evans*
Luke A. Evans