

**FILED**
JAN 11 2022
Clerk, U.S. District and
Bankruptcy Courts

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 21-cr-204 |
| | : | |
| | : | Honorable Chief Judge Beryl A. Howell |
| v. | : | |
| | : | 18 U.S.C. §§ 1752(a)(1) |
| | : | (Entering and Remaining in a Restrict Building or Grounds) |
| BLAKE REED, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

1. The Government respectfully submits the following Statement of Offense in support of a plea of guilty by defendant Blake Reed to Count Two of the Indictment in the above-captioned matter.

2. Were this case to go to trial, the government would prove the following facts beyond a reasonable doubt:

### *The Attack at the Capitol on January 6, 2021*

3. The United States Capitol, which is located at First Street, S.E., in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the Capitol.

4. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

5. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, S.E., in Washington, D.C. During the joint session, elected

members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

6.     As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the building and the proceedings underway inside.

7.     At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

8.     At such time, the certification proceedings were still underway and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and

assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million for repairs.

9. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the Capitol, including the danger posed by individuals who had entered the Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Reed's Role in Attacking the Capitol*

10. Blake Reed traveled from Tennessee to Washington D.C. to attend a rally protesting the election results on January 6, 2021. On December 8, 2020, prior to traveling to D.C., he posted on Facebook that he was "feeling pissed off" and that "you will see the Republican side of this country go into anarchy stronger than 1776 . . . The Republican Rebellion is coming soon!"

11. Reed attended the Stop the Steal rally and then walked to the U.S. Capitol. Reed unlawfully entered the restricted Capitol grounds, arriving near the North West Scaffolding and Stairs around 2:00 p.m. on January 6, 2021. Reed spent time in the crowd near the northwest stairs and scaffolding on the west side of the U.S. Capitol. Reed took a selfie-style photo of

himself with the northwest scaffolding and the Capitol dome in the background. Around 2:09 p.m., he also observed members of the crowd attacking law enforcement as they tried to keep the crowd away from the building. Reed video recorded the attacks on law enforcement with his phone. Reed then went up to the northwest terrace by the Senate wing of the building.

12. Reed entered a door to the Capitol which had been broken open by other rioters. He entered moments after his Co-Defendants Eric Chase Torrens, Jack Jesse Griffith, and Matthew Bledsoe. Reed was wearing what appears to be ski goggles and a respirator mask.

13. After entering, Reed moved through Statuary Hall to the Statuary Hall Connector joining a group of rioters outside the House Chamber and taking a selfie photo with co-defendant Bledsoe. Overall, he was in the Capitol for approximately 24 minutes.

14. On January 6, 2021, Reed posted a compilation of pictures on Facebook photographed below:



15. When the defendant entered the U.S. Capitol Building on January 6th, it was a restricted building. The defendant knew at the time he entered the U.S. Capitol Building that he did not have lawful authority to enter the building.

16. Following January 6, 2021, Reed took steps to conceal evidence of his participation in the events at the Capitol. Specifically, in the days following January 6, 2021, Reed exchanged text messages with co-defendant Bledsoe regarding their crimes on January 6,

2021. On January 8, 2021, Reed texted Bledsoe that Reed had taken down his Facebook, Instagram, and Twitter.

17. On January 9, 2021 Reed texted Bledsoe the following: "We were PRESS documenting the event for our followers. We never obstructed anything only documented. I was never told to leave or move the area. When I was told to leave we left eh area immediately as instructed. Download this and read it. [weblink omitted]".

18. On January 12, 2021 Reed texted the following to Bledsoe: "Have you taken down all the pictures and videos, well at least the picture you posted of me?" in relation to the January 6, 2021-related posts.

19. On January 16, 2021, FBI executed an arrest warrant for Blake Reed in this case and also executed a search warrant of his home. Upon the FBI's arrival to Reed's residence, they saw a handwritten note that Reed wrote to law enforcement: "Please don't break down the door. Both my dogs are inside in their kennels and are not aggressive. Please call me if you need in and I can give you the code for the garage. Thanks!"

20. FBI searched the home and seized one cell phone from Reed. While there, agents noticed a charger that was plugged into the wall for a different phone that they did not find—the one that Reed used on January 6, 2021.

21. Upon a search of Reed's seized phone, the FBI learned that it was not the phone he normally used. Upon a search of Reed's Facebook, FBI found a number of messages between Reed to one of his friends about his January 16, 2021 arrest. On January 27, 2021, Reed sent a message to his friend which said: "20 FBI SWAT showed up in an armored truck Sunday morning in full tacticle [sic] gear with flashbangs and broke my front door in at 6 a.m. Lol it took him 5 hits to get the front door open because I had reinforced it so much with 3" screws."

Reed's friend stated, "I figured they went through all your phones stuff and I figured they would say something to me for being in your recent messages lol." Reed responded: "All they got was a $60 go phone from Walmart."

22.   Reed turned over the phone that he used on January 6, 2021 to the FBI following his indictment, upon request from the government. The phone had no memory card or SIM card.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No.

By:   /s/ *Mitra Jafary-Hariri*
MITRA JAFARY-HARIRI
Assistant United States Attorney
Detailee
MI Bar No. P74460
211 W. Fort Street, Suite 2001
Detroit, MI 48226
mitra.jafary-hariri@usdoj.gov
(313) 226-9632

By:   /s/ *Jamie L. Carter*
Jamie L. Carter
Assistant United States Attorney
Bar No. 1027970
555 Fourth Street, N.W.
Washington, DC 20530
Jamie.Carter@usdoj.gov
(202) 252-6741

## DEFENDANT'S ACKNOWLEDGMENT

I, Blake Austin Reed, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 11/16/21

Blake Austin Reed
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 12/8/21

Paul Bruno
Attorney for Defendant

Date: 12/8/2021

Luke Evans
Attorney for Defendant