Vicki Reed

7930 Poplar Pike

Germantown, TN 38138

901-870-7290

Vickireed50@gmail.com

Honorable Judge Beryl A. Howell,

Thank you for taking time to consider the character of Blake Reed, through the eyes of the people, who live with him on a daily basis. My name is Vicki Reed. I am his mother. I have had a career in nursing since 1974. I have six children, three girls and three boys. Blake is the middle child of the six.

Blake's character can be summed up in a few words, including: caring, giving, loyal, and dependable. First, I would like to tell you about his loyalty and dependability. I believe these characteristics were created when he played football. He began playing at the young age of seven and over the course of the next eleven years or so he had multiple injuries. One in particular defined him.

The team he played for was together for over six years and only lost a handful of games. Blake was the team's quarterback. Midway through his junior year he sustained a hand injury, which left his ring finger on his right and throwing hand flexed (a Jersey finger). It could be repaired with surgery, but he would be out the rest of the season. Blake's coach had sustained the same injury years before and did not have the surgery. Due to this, he told Blake, "If you have this surgery, you will have to forfeit your senior year as starting quarterback." This team was expected to go to the championship the next year under Blakes's leadership, because of their record. Blake chose to have the surgery. The team he had led for five years went on to win the next season and the state championship. Blake was never allowed to play in the game. He served to help in practice only to prepare the new quarterback. Blake never regretted his decision. He was so loyal to his team, that he went on to help his older brother coach the little league that fed into the high school program.

He cares deeply for his brothers and sisters. His oldest sister is a victim of domestic violence. She is divorced with two children.  He has played the role of surrogate father by attending "Donuts with Dad" at the school, going on field trips and driving in from Nashville to attended plays.

At Christmas time, our family does Secret Santa. Everyone wants Blake to get their name because he is so very giving. Blake will always find out the ultimate gift for his named person and purchase it.

When my mother was alive, Blake would spend hours at her house. My father had passed away. Blake would spend quality time with her and check on her regularly.  My mom had severe ingrown nails and Blake was the only one she would allow to trim her nails. He would get down on the floor and work tenderly and gently to help her. She said he was better than any doctor.

These are just a few of the occasions that came to mind to describe Blake's character. Blake has a very strong work ethic and is committed to his present position. He works long hours and weekends, if needed to ensure his clients are happy. On a side note, he has two dogs. The older is a rescue that Blake found abandoned at a rental property he was working on. After several days of working there the dog

remained and so, Blake adopted him. The younger dog is the son of the first. They are his constant companions. I hope and pray as you consider his sentencing that these words give you a better perspective of Blake on a daily basis outside the event of Jan 6.

Thanking you in advance for your consideration,

Vicki Reed

Michael R Reed
7930 Poplar Pike
Germantown TN 38138
michaelrreed53@gmail.com
(901)413-2868

January 17, 2022

RE: Blake Austin Reed sentencing

To the Honorable, Judge, Beryl A Howell

I am Blake's father, and I would like to say a few things about Blake's character. Blake is one of six children my wife Vicki and I have. We have 3 boys and 3 girls that God has blessed us with. I'm a Realtor by trade and my wife Vicki is an RN nurse. We raised our six children to go to Church each Sunday and to respect the law. As a proud father 5 of our 6 children have a 4-year degree. My dad was a minister, and his hobby was to take groups to the Holy Land, and I got to go when I was 16 years old. I make it a goal to see that all 6 of my children got to go to Israel so that it would make a positive impression on their lives as it did on mind. Blake is the only child that on his own went back to Israel twice on his own. Not only to Israel but to Egypt and Jordan. A few of years ago his older sister was the only one of our children that hadn't been. She was divorced a victim of domestic violence from her ex-husband with two kids. Blake paid for half of her trip when he really didn't have a lot of extra money.

Everybody that knows Blake knows that they can call him to help them with any project around the house. My wife and his siblings will have a list of things they need help with when he comes back to Memphis from Nashville. After Blake graduated from college, he worked for me at our rental management company doing rehab work on the rental houses as needed. His dream was to build custom houses and so a few years back I took him to Nashville and helped him get a job as a superintendent for a local home builder. It wasn't long before he worked his way up to project manager. The first year he worked with starter homes and then moved up to work with a builder building custom homes which was his dream. Anyone of the people Blake built a house for would give him a raving review. He would stay on the job until late at night until that day's task was finished. I dare say that if you needed something fixed on your house today and asked him, he would be there tonight.

I hope this gives you a little insight into who Blake is. Our family, friends and relatives have been praying for you that God would give you the wisdom on ruling of this matter.

Thanks for your consideration,

Michael R Reed

Christina Douglas

3920 Gavick Cv

Memphis Tn, 38125

901-653-0969

christinamichele40@gmail.com

Dear Honorable Judge Beryl A. Howell,
     I would like to introduce myself to you. I'm Christina Douglas & I'm writing to you today on behalf of my brother Blake Austin Reed
I am a single mom who is raising two amazing daughters. I am employed at Home Town Disposal here in Memphis Tennessee. I am the office manager at this reputable small business. I am very involved in my daughters lives, they run track & cross country at their Christian school & participate in their school plays & musicals. They have excellent grades are very social & often on honor role. We are also very involved in our church. I lead a class on Wednesday nights Single & Parenting. I'm also active in our community in using my history & experiences, my story of domestic violence to help other victims to get out & stay out of abusive relationships. I've partnered with the Family Safety Center of Memphis & Kindred Hearts to accomplish this. Now that you know a little bit about me I will tell you as Blake's older sister I have known him his whole life.
     Blake & I have always been close. Blake has always been helpful. He's not just helpful to his family & friends. He will help a complete stranger. Blake is a very kind & helpful man.
He really came to our rescue when I was going through my divorce about six years ago, He went to our home & rescued our pets that had been left behind by my ex husband. I was unable to go. He took care of our pets & also went through our belongings that had been left & brought the things he thought my daughters might need or would miss & want with them during that difficult time. Blake is always supportive of our family. Especially my daughters. He often comes in town from Nashville to support their plays & musical. He also often comes in town for their birthdays & other family events to spend time with us bringing his dogs. We call them the big boys. They are well trained lap dogs that love to be around our family. We all look forward to Blake coming in town to enjoy movies & dinner, family games or just visiting.
Blake is very handy, being a builder.  When he's in town he often offers to help fix things, move things, or build things. Whatever we need help with he will take his time to help.
When we go to visit Blake in Nashville he is a very hospitable host. He makes sure his home is warm & welcomes us in. Blake loves a good steak & to grill out. My daughters his nieces are vegan & vegetarian. So one time when we came to visit he got tofu & all kinds of vegetables to grill out kabobs. He also took us to all vegans' restaurants while we were in town.
     Respectfully I would like to say. I feel in this case Blake was in the wrong place at the wrong time. I feel certain he had no intent to harm anyone he's not that kind of person. He was standing up for what he believed in & ended up being in the crowd & was curious to see what was happening inside I'm sure . I'm also sure he was trying to help not harm others that were there that day.

Thank you for taking your valuable time to look at Blake through the eyes of the people who love him & know him best.

Respectfully,
Christina Douglas

*Christina Douglas*

Ben Reed
716 Shelton Rd,
Collierville, TN 38017
901-870-2966
ben@myreedhome.com

3-21-2022

To: The Honorable Judge Beryl A. Howell

I am Blake's older brother by six years. We have been close friends our whole lives. I am very pleased to write this character reference letter for him not just because he is my brother but because I love him more than he will ever know.

We are one of six kids, three boys and three girls, that spans a 23-year age gap between the oldest (48) and the youngest (25) & yes, we all have the same mom & dad. Blake is the third oldest. He is the brother that can and will help at the drop of a hat. It doesn't matter what day or time it is, if you ask him to help, he will no matter what it is. He is the handy man in the family, he has the tools and skills to fix just about anything. Which is why he is so successful at his job, building beautiful custom-built homes. He helps even when I wouldn't to be honest. I think that is because of his heart to serve others, especially his family.

Years ago, we volunteered to coach football together for our old middle school team. We never got to play together but coaching together, I really got to see his leadership and teaching skills as he poured into the kids. Teaching them the traditions of the program. How to have a wining attitude. How to give 100% effort on every play. Blake was a natural leader on the field and the kids really took to him.

Whenever we get to hang out together, we always have a great time. Whether it is playing golf, grilling steaks, watching a movie or just playing games with the family. There always comes a time when we will burst out laughing at something. You know, the kind of laughing that makes you cry in a good way. That's what it is like to be around Blake. It is easy, it's fun, it's good for the soul. Blake is a great brother, and he means the world to me. Every sibling should have or want a brother like Blake. If we lost Blake, it would leave a massive whole in our hearts and lives.

While it is unfortunate that he made some bad decisions on that day, thus resulting in this case. I believe that as we move forward, he will emerge a better person because of it.

Thank you for taking the time to read this letter and I hope this letter gives you a little better picture of who Blake is as a person. I hope you will take this into consideration as you consider his sentencing. I humbly ask that you would please consider a sentence with no jail time and a short probation period as you make your ruling. But whatever you decide, we will respect your decision.

Sincerely,

Ben Reed

Ashley Sudheimer
315 Wolf Run Rd.
Collierville TN, 38017
90-870-7213
asudheimer24@gmail.com

Judge Beryl A. Howell,

My name is Ashley Sudheimer and I am the middle sister of the defendant, Blake Reed. We come from a family of six children that are all from the same mother and father. Blake is the third child and I am the fourth born. We are about five years apart in age. Although some of my oldest siblings were grown had moved out on their own before I was very old, Blake still lived with me growing up. I would describe us as a typical brother and sister with some friendly sibling rivalry, but always there for each other. I can, without a doubt, say Blake was an amazing big brother and stood up for me whenever I had relationship or friendship issues.

I am writing this letter to give a better picture to you of who Blake is as a brother, son, uncle, friend, and person. I understand and respect that he is working on a plea bargain and it is my hope to help explain his whole self to you. Blake has always gone out of his way to help others. He has a servant heart and a big one at that. I remember so many times growing up when I'd have some type of issue with my car or in school and he would be there at the drop of a hat to help me out.

Specifically, there was a time when I got into a bit of a fender bender in high school. I was worried what my parents would say as I was typically the child that never messed up. I called Blake and he was there instantly to help me out. He talked to my parents for me too and encouraged me it was all going to be alright. Another time, I went through a breakup and was really down. Blake took me to dinner and tried to lighten my mood. He told me jokingly he and my other brothers could go tell the ex-boyfriend he really messed up and better get his act together. He helped me laugh it off and feel better that I had such a great support system.

Blake has been an amazing uncle to my daughter, Libby, as well. He travels in to Memphis from Nashville lots of weekends to be a part of her life and make her feel loved. My husband, Nathan, and I have taken her to stay with Blake on various occasions and she has truly enjoyed being doted on by "Uncle Bake" and his two "big woof woofs". She has even named a Little People toy after him that she carries everywhere. I hope this shows you, his big heart and ability to show such sweet affection to children and others.

Blake has such a big heart and is such a hard worker. I am so impressed by the work he does is Nashville on his custom houses. He pays such attention to detail and does an impressive job spinning all the plates to make everything come together every time. It is truly inspiring to go through some of the homes he has done and see his work in person.

I just want to say thank you to the court for your time and diligence in learning about who Blake is as a person and as my brother. I ask that you consider allowing him to receive only probation for this sentencing. I am so appreciative of your consideration in this matter and for hearing my heart on my brother.

I am available to confirm the facts in this letter as necessary.

Sincerely,

Ashley Sudheimer

Ashley Sudheimer

Nathan Sudheimer
315 Wolf Run Rd.
Collierville TN, 38017
901-930-6954
nsudheimer@gmail.com

Judge Beryl A. Howell,

My name is Nathan Sudheimer and I am one of the brother-in-laws of the defendant, Blake Reed. I have known Blake going on thirteen years to date. During this time period, Blake has always been a supportive, hospitable, and caring brother to my wife, Ashley, as well as, to me and our daughter, Libby. My goal in writing this letter to you is to try and show you his heart. Who he is on the inside and who I know he will grow to be.

Being a new dad, I feel like I am hyper-focused on how people treat my daughter. I always compare how I treat her versus how they do. Blake is taller and more muscular than most everyone else that my daughter has in her life right now. So I was worried that she would be a little stand-offish and possibly hurt Blake's feelings by not wanting to spend time with him. I was blown away the first time they really interacted for a good bit of time. We had traveled to Nashville for the weekend to stay with Blake and I can really say that Blake's heart was in full display that weekend. At a year and a half, my daughter was attached to his hip and he was loving every minute of it. It wasn't, "Daddy, let's go there", it was, "'Beek' (her way of saying Blake) go!". His attention was all on her that weekend. He wanted to put her down for a nap, feed her dinner, carry her around the stores, and do anything he could to get the biggest belly laughs out of her that he could.

The amount of love and affection that he showed my daughter that first weekend changed how I interact with my daughter and has become the expectations every time she sees him. There's always high expectations when she knows were about to see him and he delivers every time. It's all about her, and she's all about him. Nothing brings me more joy in this sweet time than watching her swing in the backyard and play in the house with all her toys.

My wife and I have never asked or expected anything from Blake, but he steps up to the plate every time. No matter the circumstance, he knocks it out of the park every time. He has a massive heart that is full of love for anyone, who enters his life.

Thank you for your time in reading my letter and hearing my thoughts on Blake's character. I appreciate your deliberation on this matter. I am able to verify any facts needed in this letter.

Sincerely,

Nathan Sudheimer

March 24, 2022

Greetings Honorable Judge Howell,

I first wanted to thank you for your years of service to our country. When you began your service as general counsel for the USSC on the Judiciary in 1993, I was just born. My name is Matthew Reed, and I am Blake's younger brother.

Currently, I am in a master's program at Harding University for Counseling, and I am projected to graduate this May. In 2015, I graduated from Full Sail University with a Bachelor of Arts in Creative Writing. In my spare time, I volunteer in several different communities. I have been volunteering as a youth counselor at my church for over ten years. I also volunteer with an international students' group at Memphis University, and I also volunteer to help run event's in esports across the nation.

I have a great relationship with Blake. Throughout my childhood, Blake was a key figure throughout. He has always been present and intentional. I can remember Blake teaching me how to tie my shoes and teaching me how to throw a football. He would diligently spend time with me and ensured that I mastered whatever he was helping me learn. He was patient and precise.

During my formative years in high school, Blake came to me and clearly told me that if I ever needed him that he would be there. That I could call him if I was ever in any kind of trouble. This was incredibly reassuring for me, and in several moments in my life, he has followed through on that. This shows how Blake is understanding, caring, and nonjudgmental.

While I was in college, I needed to be working, and Blake took me on as an apprentice in the family company and helped me learn about the construction and rehab of properties. He helped me learn several skills that eventually led me to acquire my insurance adjuster's license.

After college, Blake has financially helped me with gifts when I was low on money. When I needed a place to stay in Nashville for a new job, he let me come live with him. Before moving to Nashville, I volunteered with Blake to help with several construction projects in Memphis. Blake is quick to help and quick to solve problems.

A good example of this would be at my older sister's wedding. Her wedding was in the middle of summer, and to most who attended it is remembered as the hottest wedding they have ever been to. During the wedding, the power went out to the barn we were having it in. Blake immediately went to action to get the power back on, and I followed him to help. We needed to reset the breaker, which was in the back of an attic with a low ceiling. The attic also required careful movement to ensure you did not fall through the ceiling. Blake crawled to the back of the attic and worked on resetting the breaker in sweltering heat. Eventually, after several minutes of sustained effort, he was able to get the breaker reset and get the air coolers running again in the barn.

On January 2, 2021, most of the men in my immediate family went on a trip to Dallas that was organized by my oldest brother Ben. This was a Christmas gift for my dad. The trip was great and we enjoyed several different meals. We also visited several different sites around the city. Blake is an avid supporter of Trump, and he mentioned that after our trip he would be going to the planned rally Trump was having in Washington.

I expressed concerns to Blake, as I had seen several people injured in the riots that recently occurred in Minneapolis and throughout the country. Blake was free to make his own decision to go to the rally but having seen how police had been handling riots and the injuries that were happening, I wanted to make sure that he was safe. I knew that tensions were high in the country and law enforcement had become more forceful lately. I also worried that if the left and right groups came into contact at the rally then things could escalate. Blake made no mention of the capitol during our conversation to my memory.

From my perspective, Blake was at the Trump Rally to show support for our former President. I am not trying to justify Blake's actions, but hopefully, this letter gives more context to Blake's character. Blake was not at the capitol with malicious intent. There were tens of thousands of people at the Trump rally according to an article by the LA Times. Blake's strength of being quick to help could also be seen as a weakness of impulsivity. Blake has also been diagnosed with ADHD. In that large of a crowd, I can imagine that Blake would have had difficulty making a conscious, wise decision to leave the rally. Especially considering the speech that was given by our former President. January 6th, 2021 was damaging to our unity and our reputation as a country.

I hope that in your judgment of Blake, this letter gives some valuable context to who Blake is. Thank you again for your service to our country.

Sincerely,
Matthew Reed
Matthewbrandonreed@gmail.com
901-833-6247

Hello Honorable Judge Howell,

My name is Scarlett Lichterman and I know Blake Reed as my friend and future brother-in-law. I am engaged to Matthew Reed, Blake's brother, and have known Blake since May 2021. Since last May I have come to know Blake as a good friend and a good man with a genuine heart. I know this is true because of the kindness and acceptance that he has shown me as a new member in his family.

I believe that Blake is truly remorseful for his actions and condemns the decision he made to walk into the capital on January 6th, 2020. Blake has proven his character to me through the way that he has treated me as a future sister. I am very thankful for the way that Blake has accepted me into his family. I know that Blake will always have my back.

I write this letter with hope that Blake will be shown mercy and granted another chance to prove that he is a caring and compassionate upstanding citizen with a new outlook on life.

Sincerely,
Scarlett Lichterman
Scarlettlichterman@gmail.com
901.603.4570

Amber Orr

7930 Poplar Pike Germantown, TN 38138

901-833-8912

Amberreed21@gmail.com

Honorable Judge Howell,

My name is Amber Orr, and I am Blake's youngest sister. I hope that in this letter you can see just how much Blake means to me and how much we as his family admire him.

Blake has always been one of the most caring, giving, and generous people I know. Blake is the person who will drop whatever he is doing and come help you whenever you need it. I knew he was always the brother I could call to help me if I ever needed him day or night.

He is extremely hard working and admired for his work ethic. Whenever we go to Nashville to visit him, we are always in awe of how talented he is at his job. He is so detail oriented and makes sure that every single aspect of every house he builds is perfect. He doesn't settle for anything less. That characteristic is seen throughout other avenues of his life as well. Whenever anyone travels up to visit, he will go out of his way to go get their favorite foods to make it special. I know specifically when our younger nieces who are vegan visit him, he makes sure they have the right snacks and food during their stay.

At Christmas he is always the person you want to be drawn by for Secret Santa. Even though we set a limit of $50, he always goes above and beyond, spending two to three times more than everyone else. I remember for our wedding gift he gave us a very generous amount of money for our gift, and we were floored. He didn't want us to tell anyone and hoped it would help us out as newlyweds starting out. Neither of these instances are because he has an excess amount of money to spend; however, it is because he truly cares that much for others and has a heart for people, especially his family.

Blake is the family member we all want to be around. Whenever he comes in town, everyone makes it a point to drop whatever they are doing to make time for him. I truly believe Blake's character draws people to himself. Even my husband makes it a priority that we spend time with Blake when he comes in town, and I think that speaks volumes.

Thank you for taking the time to read these letters from those who know Blake and the man he is. Our hope is that you can get a small glimpse of what we see in Blake.

Thank you,
Amber Orr

Cheryl W. And Brian E. Gardner
815 Cold Creek Drive
Collierville, TN 38107
901-490-7750
gardens2sew@bellsouth.net

March 1, 2022

RE: Sentencing of Blake Austin Reed

To The Honorable Judge Beryl A. Howell

We are writing to urge for leniency in the sentencing of our friend, Blake Austin Reed.

We have known the entire Reed family since 1996 when we became members of our church, Central Church. We have watched Blake grow up in our community since he was a young child. He attended the same high school, Germantown High School, that our oldest son attended and graduated from in 1999. Then when Blake was a junior in college our paths became even closer as he and my husband,  Brian attended & graduated from the University of Memphis in 2009. During those last two years of college Blake & Brian took the same classes, studied together and graduated together in May of 2009. To this day we have considered Blake a very close friend.

Brian and I are aware of the gravity of the misdemeanor that Blake has pleaded guilty to that happened in Washington, DC on January 6th, 2021. You cannot know him by what you see on the news, the TV reports and in the newspaper. We would like to give you a better perspective that shows Blake is more than the sum of his actions that occurred on that day at The US Capitol Building.

Blake Austin Reed has always been there for our family, especially over the last 15 years from lending a hand on repairing our cars, to helping us remodel our kitchen. One time Blake had to take Cheryl to the emergency room when she suffered a terrible fall in our home in 2017 that broke her upper arm & shoulder in nine different places. He was quick to think that she needed immediate medical care and carefully transported her to the hospital and stayed by her side for over 4 hours until Brian could get there from his job. During Cheryl's year-long recovery he checked on her weekly and came to visit us from Nashville at least once a month. Blake has traveled on biblical pilgrimages to Israel, Jordan & Egypt with Cheryl on several group tours and has been respectful to all and stepped up in a leadership position when called to do so in both 2017 & 2019. To this day, Blake continues to do all that is within his power to help others, exhibit strong integrity and respect authority.

As you know this is not only Blake's first conviction, but also his first federal offense. Given Blake's clean record and his close ties to the community, we strongly believe that a lesser sentence is very appropriate in this situation. Therefore, we pray that Your Honor and the courts will show mercy on him.

Respectfully,


Cheryl W. Gardner


Brian E. Gardner

Theodore J. Bertuca & Claudia F. Bertuca
5500 John Hagar Rd.
Mt. Juliet TN, 37122
3-21-22

To: The Honorable Judge Beryl A. Howell

Good afternoon, my wife and I are local business owners, that have owned and operated multiple different businesses in the Tennessee, Kentucky, and Florida area for the past 25 years.

We met Blake Reed approximately 4 years ago. He was a superintendent on a job site that we were building. We spent time with him on a daily basis and grew a friendship out of that. We think Blake is a very responsible, church going young man who is passionate about his beliefs. We often talked about religion, politics and sports.

I've personally travelled with Blake in the past he's stayed over at our house and we have shared many personal times together. The things that always stuck out to us were:

1. Family- Blake would absolutely do anything for his family, he travels to all birthdays, births, holidays and other events. His commitment to his family is unbelievable.
2. Church- You don't find many young men today that have a passion for God, he has travelled to Jerusalem several times to visit Jesus's birth place and always comes back sharing the stories and the spiritual feelings that provided for him
3. Country-Blake's love for his country is unbelievable, his passion for America is strong and true. When Blake told me, he was travelling to Washington I was more worried about his safety than what actually transpired. While I do believe going to Washington and stand up for Passion is 100% acceptable and his right to do. Going into the capital was not. He knows this as well from our conversations after.

Basically, I believe Blake got caught up with the passion he has for the country, and did a stupid thing. He does know it was wrong but I would hate for some one that has his life pretty well put together get derailed for 1 incident. He deserves more than that.

We are very proud of Blake's accomplishments in the short period of time I've known, I trust him. I'm asking for passion from you to help keep this train on the track. The US is better with him out being productive instead of just a wasted number somewhere

Respectfully
Theodore and Claudia Bertuca

Ashley I. Calderon
5068 Republic Ave.
Murfreesboro, TN 37129
Ashley.Calderon319@gmail.com
(901) 201-8861

January 11, 2022

RE: Blake Austin Reed sentencing

To the Honorable Judge Beryl A. Howell

I find myself to be a reasonable and upstanding citizen of both my home-state of Tennessee and this great country. I work in finance and have been in my career field for about 20 years. I first met Blake about 6 years ago, through my husband, while he was visiting from Nashville to Memphis, where his parents still live. We moved to Middle Tennessee 4 ½ years ago looking to escape a crime ridden city and provide a better life for our kids with better schools and more secure surroundings. In the 4 plus years we have lived here; Blake has been a "staple", if you will, in our household and in our lives. He is not only the best-friend of my husband, but he is "Uncle Blake" to our children and what I jokingly refer to as my "husband by proxy".

I'm writing this letter, not to argue his pleadings with this court, but rather to offer a broader understanding of who he is as a person; instead of the "criminal" that certain circumstances have led us to. You see, Blake is what I would refer to as a model of "good-raising" and the Christian values that we try our best to live by and raise our children with. He comes from an amazing family, whom we have had many movie dates with over the years. He is a hard worker, building some of the most beautiful homes in the Nashville area, and extremely dedicated to his craft. Every time he comes to our home, he is pointing out things we could do to either update or to increase the value of it; and it's becoming expensive to have him around. Our family is so close to Blake that we consider him family, in fact- he was the only friend invited to our very small, intimate, family-only wedding. He's been an outstanding pillar of support for my husband and myself, always there to encourage us as we have been in a lengthy legal battle ourselves- trying to get custody of my stepson. Our families pray for each other, celebrate holidays, victories, etc. and equally navigate the hardships and curveballs that life likes to throw, together.

My hope is that you will consider who Blake is at his core, and not the limited scope of what "a day at the Capitol" has painted him to be, when contemplating appropriate punishment. I feel that his character has been put on trial, in the court of public opinion, his name and address displayed on the news for his neighbors to witness, and that he will suffer the ramifications of that for years to come.

I can be reached at any of the above methods for verification purposes.

Sincerely,

**Dr. Ernie Frey**
**18 Owls Cove Place**
**The Woodlands, Texas 77382**
**(832) 904-1094**

March 23, 2022

The Honorable Judge Beryl A. Howell
United States District Court
District of Columbia

RE:  Character Reference for Blake Austin Reed

Dear Judge Howell:

I am writing this character letter on behalf of Blake Reed whom I have known since 2004. I served as the Senior Pastor of Central Church in Collierville, TN from 2004-2012 before leaving with my wife and family to serve as missionaries alongside the African church. One of the joys of my tenure at Central was the privilege of knowing the Reed family as Blake's parents Mike and Vicki are close friends with my family and we have shared many great moments together in one another's homes and lives.

A person's character is seen in and through their relationships and in the work ethic that they bring to all aspects of life. I have been able to see Blake in the context of his family, church involvement, and through his work and vocational life.

Blake's family forms an integral and strategic part of who he is and his outlook on life. There are six children in the Reed home and their family is committed to one another, share their lives in an open and vulnerable way, and are unified in their common goals. I have always been impressed by the way that they interact with each other and always find time to be together. They are a cohesive family and Blake is a "team player" among his parents and other siblings.

Blake has prioritized his spiritual life and has been active in church since I have known him. He is very interested in our work in Africa and has generously supported us financially. He desires to get involved in Kingdom work and has expressed a desire in partnering with us in the future. Blake's concern stems from his heart for God and passion to serve him.

Blake has always been good with his hands, both as a quarterback at Germantown High School and now as a skilled craftsman and home builder. He has worked in positions of great responsibility in both home repairs and in new home construction. He has a creative mind and a tireless work ethic that has enabled him to rise rather quickly in his field.

I appreciate the opportunity to speak on behalf of Blake and offer a glimpse into his overall character. I believe Blake's actions and choices across the spectrum of his entire life speak larger than the impact of any single incident.

Sincerely,

Dr. Ernie Frey

Cheryl Wideman                                                        1/20/2022
3065 Mt Moriah Dr.
Whiteville, TN. 38075
901-734-4278
Cwrn2010@comcast.net


To Whom It May Concern:

I am an Emergency Nurse Practitioner.  I have worked in the medical field for over 36 years.  I currently work in Galena, Alaska, in the wilderness, providing health care to an Athabascan Indian village.  I have been in this position for 7 months.

I am a friend of Blake Reed.  I have known Blake since June of 2019.  We went to Israel on pilgrimage together, with my husband David and my best friend Cheryl Gardner.  Blake has become like our son since then.  He lives in Nashville, Tennessee, so we see him when we can.

I respect that Blake has pled guilty to a crime, and I am writing this letter to offer a fuller picture of him as a person.

During our trip to Israel, Blake was very helpful.  He has been there before and walked as a guide for us, showing us the places of interest. He watched to make sure we were not getting tired, or having any difficulty.  Blake helped my husband David, (who has had a stroke) when there was difficult terrain, or when he saw that David was fatigued.  Blake made sure that the vehicle was packed and appropriate attire was worn for the day's events. (The Holy places required certain coverings and types of clothing.) Blake has also mentioned several times that he wants to go find where the children of Israel crossed the red sea, to prove the Bible story is true.

I know Blake to be a hard worker, as he works with his father building homes in Nashville.  I have seen many pictures of the detailed, beautiful work he does on the homes.  He is meticulous with his craft.

I would like to thank the court for their time and willingness to receive character letters on Blake's behalf.  I would also like to ask the court to possibly consider leniency in consideration of Blake's jail time served, as he has an exemplary history.  I pray for the court, that you would have discernment to fairly impart punishment in this case.

I am available to confirm the facts in this letter as necessary.

Thank you for your time.


Warmest Regards,

Cheryl Wideman

January 12, 2022

The Honorable Judge Beryl A. Howell
United States District Court
District of Columbia

Re: Character Letter for Blake Reed

Rev. Don Gilbert
3102 Chisca Avenue
Memphis, TN
901-277-1626                          dongilbert876@gmail.com

Dear Judge Howell,

I am writing this character letter on behalf of Blake Reed. I have known him since he was a child and was his youth pastor for Junior and Senior High School. I have known all his brothers and sisters during this time and know his parents as well. In May 2000, Blake and his family went on a Holy Land Trip to Israel with me. In 2013, Blake came to work with me in the inner city to help renovate a house.  In 2014, I married Blake and his wife. I lost regular contact with Blake when he moved from Memphis and worked other places.

As a teenager he was a solid kid. He attended church events, was respectful to adults, was engaging, and was no trouble at all. We were good friends during this time and spent time together over those years. He came from a stable family, no family tensions or drama, no family dysfunction, no behavior issues, no areas of concern.

As he grew into an adult, he worked hard and kept in touch with his family. He learned about home rehab from his dad and brothers. He was a great handyman and offered his services to help renovate an abandoned house in Orange Mound, an African-American historic community in Memphis. He brought his own equipment, worked at no cost, and helped with supply costs. We put over $10,000 in the house and Blake supervised the work. Blake and I worked side by side at times and the ministry was blessed to have his help and a servant attitude as well. He volunteered on the weekends and at nights after his regular job.

I was the pastor for his wedding. He was working hard and ready to become a step-dad to a young male child. At that time, he was doing well in business, had business goals, and was healthy and productive. I was impressed with his desire to be a good parent and marry not just a wife, but inherit a family.

I was not aware of his political views since 2014. I was disappointed to hear of his involvement. He comes from a stable family, a solid school and community, and was a good citizen and respectful to authority. In my years of work with students in the suburbs and now the inner city, I respect the court's judgement that he should be held accountable. As for his character, I would say he has a good heart and can learn from

this experience. He can be a productive member of his community and I would ask for leniency from the court to allow him to remain in society. He is a gifted in home rehab, so community service would be a good step toward restitution.

This is a tough decision, as a pastor, I pray for all the Judges in this position. I am available to discuss this further if needed.

Sincerely,


Rev. Don Gilbert

To The Honorable Judge Beryl A. Howell
    United States Of America
    Washington, DC 20515

    From: Hanna A. Ishaq
    Old City
    Jaffa Gate Post Office
    Jerusalem, Israel 910100
    972-52-2841606
    hannaishaq@icloud.com

    To Your Honorable Judge Howell,

    I am writing to you on behalf of Blake Austin Reed.

    As a Israeli Tour Manager and former District Ambassador of The Jerusalem Merit
    Reconciliation Foundation I met Blake Reed for the first time in November of 2017
    on a Holy Land Pilgrimage & Tour of Israel, Jordan & Egypt. He was a tourist to my
    country with a group. Blake returned on another tour in June of 2019. Each time we
    spent two weeks together and traveled together. I met Mr. Blake Reed as an
    American tourist and we quickly became friends. While on his trips I have invited
    him personally to my home with my family to have dinner separate from the group
    events. We have keep in contact as friends with each other for the past 5 years.

    I understand that Blake is going through many ups and downs as of January, 2021.
    Blake Reed comes across to me as a man of good moral character, kindness, and
    a family oriented person. Many times I witnessed him help others in the group as
    well as foreigners on these tours. In our country we would say Blake has a "pure
    white heart" meaning it is the ultimate degree of mutuality and humility of kindness
    and love. As in love for all and towards all people, especially in stressful situations
    and how he reacts in a positive & calm way in these situations. If that makes any
    sense Blake Reed always impresses me as a man of honesty, empathy, goodness
    and humility.

    I can confirm that all the time I have known him, Blake Reed has been a reliable,
    trustworthy and decent person. I just hope you will give Blake an opportunity for a
    second chance with the courts and this situation. I ask that you have mercy on
    Blake at the time of his sentencing. Thank you.

    Sincerely,

    Hanna A. Ishaq

Don Amstutz                                                        3/22/2022
1746 Carruthers Pl
Memphis TN. 38112
donamstutz@gmail.com
(901)661-0071

RE: Blake Austin Reed sentencing

To the Honorable Judge Beryl A. Howell

     I am 56 years old and currently an independent insurance adjuster. In 2003 when I met the Reed family at Central Church in Collierville, TN. I was running my own home repair business and found myself frequently working for the Reed family on some of the rental properties that they owned and managed for other investors.  Blake and I worked together many days as his father appointed him as my helper in renovating the rental properties between tenants. The work was hard, dirty, and sometimes downright disgusting. Blake always worked hard and learned quickly as I taught him many home repairs skills. Blake also took care of landscaping on these same properties. Blake is a very hard worker, loyal, honest, and fun to work with.  He was a young man at the time, and I was impressed at the work ethic he displayed. Blake has continued to work with residential properties and now manages the construction of some of the finest homes in the Nashville, TN area.

A short story I would like to share with the court is about Blake's integrity and hard work. Blake found himself working for a contractor who was less than honorable in his dealings with one of their customers. The customer who regularly met with Blake during the building process could see where the problem originated and who was working hard to get his home built. The customer fired the contractor and then hired Blake to come along side him and get his home completed. Blake was able to manage the build site and get the gentleman's house built in a timely manner.

Another time comes to mind when my family and I were in full time missions work in 2008 with Youth with A Mission in Kona, HI. Blake came to volunteer and performed physical labor on our construction projects on the mission base for several weeks. He was well liked by all he worked with and served with a cheerful heart.

During the several years of working with Blake daily, and knowing him for 19 years now, I would like to say that the behavior that happened at the Capitol is not normal behavior for Blake. His demeanor is regularly peaceful and jovial, not aggressive, or combative. I believe Blake was caught up in the moment and was swept along with the emotion and intensity of the crowd. Blake would never have gone along if he had known people would be hurt, let alone lose their lives on that sad day. Blake Reed is kind, generous, fun loving, serves others and always a joy to be around.  As you prepare to place punishment on Blake's actions of that day, please believe that this was unusual, even isolated behavior for Blake, and given the opportunity would never happen again.

Don Amstutz    3/22/2022

2435 Carter Grove Ln
Gmth, TN 38138

901-282-4688

mygirlmimi0922@yahoo.com

To Whom it May concern,

This letter is written on behalf of Blake Reed
by Dr. William Shappley and myself, Lance Shappley.
I have known Blake Reed for over 20 years.
Dr. Shappley has also known the Reed family
for many years as their physician and friend.

We would like to give you a glimpse of the
person and upbringing of Blake Reed. We
respect the fact that Blake has been found
guilty or pled guilty to a crime.

Blake is a kind man with a big heart.
Blake was raised in a wonderful Christian
home, by loving parents. Blake is one of six
children. The Reed family is close knit and
continues to have game nights, scavenger hunts,
movie nights etc.

Blake has a servant's heart, as he has been on many mission trips serving others and spreading the gospel. Blake is always there to help in whatever way possible. Blake loves and adores each member of his family. Blake always shows up with a smile on his face. Being raised by amazing parents, each of these children has given so much to this community. We know Blake well and ask that you see him as the good person he is today and always has been. Blake is an inspiration to so many. We need more people that are willing to give up the comfort of their home to travel miles to tell others how much they are loved by Jesus, bringing them hope for the future.

We thank you for giving us the chance to speak on his behalf. Thank you for your service and continue to pray for you and others in your position.

Sincerely,

Dr. William Shappley & Janice Shappley