UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No.: 21-CR-204 BAH |
| **MATTHEW BLEDSOE, et al.** : | |
| : | |
| **Defendants.** : | |

**NOTICE OF APPEARANCE**

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Melanie L. Alsworth hereby enters her appearance in the above-referenced matter on behalf of the United States.

                                Respectfully submitted,

                                MATTHEW GRAVES
                                United States Attorney
                                DC Bar No. 481052

By:    */s/ Melanie L. Alsworth*
        Melanie L. Alsworth
        AR Bar No. 2002095
        Trial Attorney
        Detailee
        601 D Street, NW
        Washington, DC  20530
        (202) 598-2285
        melanie.alsworth2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      On this 7th day of May 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                        */s/ Melanie L. Alsworth*
                                        MELANIE L. ALSWORTH
                                        Trial Attorney